IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| BENJAMIN RUEL | v. | LYNXNET, LLC |
|---|---|---|
| JUDGE H. RUSSEL HOLLAND | | CASE NO. 3:19-cv-0327-HRH |

PROCEEDINGS: ORDER FROM CHAMBERS

The parties' *Joint Motion to Extend Discovery*,[1] filed August 31, 2020, is granted. Accordingly, pretrial deadlines are revised as follows.

| Deadline | Now Due |
|---|---|
| • Final Discovery Witness List | **November 30, 2020** |
| • Fact Discovery Closes | **January 14, 2021** |
| • Identification of Expert Witnesses | **February 11, 2021** |
| • Responsive Supplemental Expert Witnesses | **February 25, 2021** |
| • Expert Disclosures (Reports) | **February 11, 2021** |
| • Rebuttal Expert Disclosures (Reports) | Within **30 days** of the report being rebutted |
| • Expert Discovery Closes | **March 14, 2021** |
| • Discovery Disputes: | Discovery disputes (including ESI) shall be presented to the court as soon as problems are identified, but not later than **14 days** from the close of fact/expert discovery. |

---

[1]Docket No. 21.

Order from Chambers – Joint Motion to Extend Discovery - 1 -

- Dispositive Motions                                 Not later than **30 days** from the close of fact/expert discovery

- Motions in limine, including motions as to qualification of experts and Daubert motions                                 Not later than **30 days** following the later of the date for the filing of dispositive motions or the date of the court's ruling on timely dispositive motions

===